AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Joseph R. Barnthouse, M.D. and
Dorothy Barnthouse,
        Plaintiffs,

vs.                                          C.A. No. 2:08-CV-02546-PMD

Wild Dunes Resort, L.L.C.,                   **JUDGMENT IN A CIVIL CASE**
Destination Hotels and Resort, Inc.,
and Lowe Enterprises, Inc.,
        Defendants.
_____

**Jury Verdict.** This action came before the Court for a trial by jury, Honorable Patrick Michael Duffy, Senior United States District Judge presiding. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that the Defendants' negligence proximately caused some injury to Plaintiff Joseph R. Barthouse, M.D. and the Defendants' negligence proximately caused Plaintiff Dorothy Barnthouse to lose her right to the companionship, aid, society, and services of her spouse.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff Joseph R. Barthouse, M.D. recover of the Defendants Wild Dunes Resort, L.L.C., Destination Hotels and Resort, Inc., and Lowe Enterprises, Inc. actual damages in the amount of ONE HUNDRED FIFTEEN THOUSAND AND NO/100 **($115,000.00)** DOLLARS with interest at the rate of 0.25 % percent as provided by law, along with costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff Dorothy Barnthouse recover of the Defendants Wild Dunes Resort, L.L.C., Destination Hotels and Resort, Inc., and Lowe Enterprises, Inc. damages in the amount of THREE THOUSAND AND NO/100 **($3,000.00)** DOLLARS with interest at the rate of 0.25 % percent as provided by law, along with costs.

                                                            LARRY W. PROPES, Clerk

August 18, 2010                                     By: _Crystal Perry_
                                                                 Deputy Clerk

Charleston, South Carolina