IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JOSEPH R. BARNTHOUSE, M.D. AND DOROTHY BARNTHOUSE, | ) ) ) | C.A. NO. 2:08-CV-2546-PMD |
| PLAINTIFFS, | ) ) ) | |
| vs. | ) ) ) | RECEIPT AND SATISFACTION OF JUDGMENT |
| WILD DUNES RESORT, L.L.C., DESTINATION HOTELS AND RESORTS, INC., AND LOWE ENTERPRISES, INC., | ) ) ) ) ) | |
| DEFENDANTS. | ) ) | |

The undersigned acknowledge the receipt of ONE HUNDRED EIGHTEEN THOUSAND DOLLARS ($118,000.00) paid by or on behalf of Wild Dunes Resort, LLC, Destination Hotels and Resorts, Inc., and Lowe Enterprises, Inc, in exchange for full satisfaction of the judgments entered on August 18, 2010 on behalf of Joseph R. Barnthouse and Dorothy Barnthouse in the above-captioned case.

This Receipt and Satisfaction of Judgment will be used and/or recorded to satisfy the judgments entered on August 18, 2010 on behalf of Joseph R. Barnthouse and Dorothy Barnthouse.

The clerk of court of any jurisdiction where the judgment may be recorded is authorized and directed to mark said judgment so entered as being fully paid and satisfied.

WITNESS our hand and seal this 5TH day of November 2010.

BARNWELL WHALEY PATTERSON & HELMS

By: _____

John A. Jones, Esquire
Barnwell Whaley Patterson & Helms
P.O. Drawer H
Charleston, SC  29402-0197
Attorneys for the Plaintiff


By: _____

Joseph R. Barnthouse, M.D.


By: _____

Dorothy Barnthouse

2